IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FERNANDO VILLENA,

    Petitioner,

v.                                        CASE NO. 5:12-cv-282-MP-GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner initiated this case by filing a petition for a writ of habeas corpus. On October 16, 2012, the Court entered an Order directing Petitioner to file an amended petition and to either submit the filing fee or file an application to proceed *in forma pauperis*. Doc. 2. The deadline for complying was November 15, 2012. Because Petitioner failed to comply, the Court entered an Order directing Petitioner to show cause why the case should not be dismissed. Doc. 3. Petitioner was advised that failure to comply would result in a recommendation that this case be dismissed. As of the date of this report and recommendation, Plaintiff has failed to respond to the show cause order, and has not filed any papers in this case since August 31, 2012.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 5th day of December 2012.

                         *s/Gary R. Jones*
                         GARY R. JONES
                         United States Magistrate Judge

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.